James E. Torgerson (Bar No. 8509120)
Whitney A. Brown (Bar No. 1906063)
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
jim.torgerson@stoel.com
whitney.brown@stoel.com

*Attorneys for Plaintiff Moda Assurance Co.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MODA ASSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> NEW LIFE TREATMENT CENTER, <br> Defendant. | Case No.: 3:23-cv-00132-SLG |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Moda Assurance Co. (Moda) states that it is a wholly owned subsidiary of Moda Partners, Inc., a Delaware corporation. Moda Partners, Inc. is a wholly owned subsidiary of Moda Holdings Group, Inc., a Delaware corporation. Moda Holdings Group, Inc., in turn, is a wholly owned subsidiary of Oregon Dental Service d/b/a Delta Dental Plan of Oregon, an Oregon nonprofit corporation. Oregon Dental Service has no parent corporation and no publicly held corporation owns 10% or more of Oregon Dental Service's stock.

*Moda Assurance Co. v. New Life Treatment Center*
Case No. 3:23-cv-00132-SLG            1

DATED: June 15, 2023

                                  STOEL RIVES LLP

                                  By: /s/ James E. Torgerson
                                       JAMES E. TORGERSON (Bar No. 8509120)
                                       WHITNEY A. BROWN (Bar No. 1906063)

                                  *Attorneys for Plaintiff Moda Assurance Co.*

**STOEL RIVES LLP**
510 L Street, Suite 500, Anchorage, AK 99501
*Main (907) 277-1900 Fax (907) 277-1920*

*Moda Assurance Co. v. New Life Treatment Center*
Case No. 3:23-cv-00132-SLG                     2