David Karl Gross, ABA #9611065
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
dgross@bhb.com
Telephone 907.276.1550
Facsimile 907.276.3680

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MODA ASSURANCE CO., <br><br> Plaintiff, <br><br> vs. <br><br> NEW LIFE TREATMENT CENTER, <br><br> Defendant. | Case No.: 3:23-cv-00132-SLG |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

Defendant New Life Treatment Center ("New Life"), by and through the undersigned counsel, hereby moves the Court for an extension to respond to the complaint filed in this matter. Specifically, New Life asks for an extension making a response due on August 24, 2023. Counsel for Plaintiff, Moda Assurance Company, was contacted regarding this requested extension and had no objection.

DATED this 6th day of July, 2023.

                BIRCH HORTON BITTNER & CHEROT
                Attorneys for New Life Treatment Center

                By:  /s/David Karl Gross
                     David Karl Gross, ABA #9611065

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of July, 2023, a true and correct copy of the foregoing was served on the following via the Court's CM/ECF electronic delivery system:

James E. Torgerson
Whitney Brown
c/o Stoel Rives LLP
510 L Street, Suite 500
Anchorage, AK 99501

BIRCH HORTON BITTNER & CHEROT

By: /s/ Nathan S. Wood
      Nathan S. Wood

MODA ASSURANCE CO. V. NEW LIFE TREATMENT CENTER    CASE NO. 3:23-CV-00132-SLG
UNOPPOSED MOTION FOR EXTENSION    PAGE 2 OF 2
01359094.DOCX