David Karl Gross, ABA #9611065
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
dgross@bhb.com
Telephone 907.276.1550
Facsimile 907.276.3680

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MODA ASSURANCE CO., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NEW LIFE TREATMENT CENTER, )<br>)<br>Defendant. )<br>)<br>_____ ) | Case No.: 3:23-cv-00132-SLG |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant New Life Treatment Center ("New Life") filed an unopposed motion seeing an extension to respond to the complaint filed in this matter. Having considered the matter, the motion is HEREBY GRANTED.

IT IS HEREBY ORDERED that New Life shall have until August 24, 2023 to respond to the complaint.

MODA ASSURANCE CO. V. NEW LIFE TREATMENT CENTER      CASE NO. 3:23-CV-00132-SLG
ORDER ON UNOPPOSED MOTION FOR EXTENSION      PAGE 1 OF 2
01359095.DOCX

Case 3:23-cv-00132-SLG    Document 5-1    Filed 07/06/23    Page 1 of 2

DATED this _____ day of July, 2023.

By: _____
Judge Sharon L. Gleason
United States District Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the  6th  day of July, 2023, a true and correct copy of the foregoing was served on the following via the Court's CM/ECF electronic delivery system:

James E. Torgerson
Whitney Brown
c/o Stoel Rives LLP
510 L Street, Suite 500
Anchorage, AK 99501

BIRCH HORTON BITTNER & CHEROT

By:  ___/s/ Nathan S. Wood_____
Nathan S. Wood

MODA ASSURANCE CO. V. NEW LIFE TREATMENT CENTER
ORDER ON UNOPPOSED MOTION FOR EXTENSION
01359095.DOCX
CASE NO. 3:23-CV-00132-SLG
PAGE 2 OF 2

Case 3:23-cv-00132-SLG   Document 5-1   Filed 07/06/23   Page 2 of 2