David Karl Gross, ABA #9611065
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
dgross@bhb.com
Telephone 907.276.1550
Facsimile 907.276.3680

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MODA ASSURANCE CO., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NEW LIFE TREATMENT CENTER, )<br>)<br>Defendant. )<br>)<br>_____ ) | Case No.: 3:23-cv-00132-SLG |

## <u>NOTICE OF APPEARANCE</u>

Birch Horton Bittner & Cherot hereby enters its appearance on behalf of
Defendant, New Life Treatment Center, in the above-entitled action and requests
that copies of all correspondence and pleadings, excluding service of process, be
directed to David Karl Gross, at 510 L Street, #700, Anchorage, Alaska 99501.

MODA ASSURANCE CO. V. NEW LIFE TREATMENT CENTER          CASE NO. 3:23-CV-00132-SLG
NOTICE OF APPEARANCE                                                                      PAGE 1 OF 2
01359096.DOCX

Case 3:23-cv-00132-SLG   Document 5-2   Filed 07/06/23   Page 1 of 2

DATED this 6th day of July, 2023.

                                BIRCH HORTON BITTNER & CHEROT
                                Attorneys for New Life Treatment Center


                        By:   /s/David Karl Gross
                              David Karl Gross, ABA #9611065




                        CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the  6th  day of July,
2023, a true and correct copy of the foregoing was served on
the following via the Court's CM/ECF electronic delivery
system:

  James E. Torgerson
  Whitney Brown
  c/o Stoel Rives LLP
  510 L Street, Suite 500
  Anchorage, AK 99501


BIRCH HORTON BITTNER & CHEROT


By:      /s/ Nathan S. Wood
         Nathan S. Wood

MODA ASSURANCE CO. V. NEW LIFE TREATMENT CENTER          CASE NO. 3:23-CV-00132-SLG
NOTICE OF APPEARANCE                                                          PAGE 2 OF 2
01359096.DOCX

Case 3:23-cv-00132-SLG   Document 5-2   Filed 07/06/23   Page 2 of 2