David Karl Gross, ABA #9611065
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
dgross@bhb.com
Telephone 907.276.1550
Facsimile 907.276.3680

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MODA ASSURANCE CO., <br><br> Plaintiff, <br><br> vs. <br><br> NEW LIFE TREATMENT CENTER, <br><br> Defendant. | Case No.: 3:23-cv-00132-SLG |

## NOTICE OF APPEARANCE

Birch Horton Bittner & Cherot hereby enters its appearance on behalf of Defendant, New Life Treatment Center, in the above-entitled action and requests that copies of all correspondence and pleadings, excluding service of process, be directed to David Karl Gross, at 510 L Street, #700, Anchorage, Alaska 99501.

DATED this 6th day of July, 2023.

        BIRCH HORTON BITTNER & CHEROT
        Attorneys for New Life Treatment Center

        By:  /s/David Karl Gross
             David Karl Gross, ABA #9611065

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of July, 2023, a true and correct copy of the foregoing was served on the following via the Court's CM/ECF electronic delivery system:

James E. Torgerson
Whitney Brown
c/o Stoel Rives LLP
510 L Street, Suite 500
Anchorage, AK 99501

BIRCH HORTON BITTNER & CHEROT

By:   /s/ Nathan S. Wood
      Nathan S. Wood

MODA ASSURANCE CO. V. NEW LIFE TREATMENT CENTER   CASE NO. 3:23-CV-00132-SLG
NOTICE OF APPEARANCE   PAGE 2 OF 2
01359096.DOCX