David Karl Gross, ABA #9611065
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
dgross@bhb.com
Telephone 907.276.1550
Facsimile 907.276.3680

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MODA ASSURANCE CO.,<br><br>    Plaintiff,<br><br>vs.<br><br>NEW LIFE TREATMENT CENTER,<br><br>    Defendant. | Case No.: 3:23-cv-00132-SLG |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant, New Life Treatment Center ("New Life"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1, hereby states that it is a corporation organized under the laws of the state of California. New Life does not have a parent corporation and no publicly-held corporation owns more than 10 percent of its stock or shares.

MODA ASSURANCE CO. V. NEW LIFE TREATMENT CENTER     CASE NO. 3:23-CV-00132-SLG
CORPORATE DISCLOSURE STATEMENT     PAGE 1 OF 2
01359097.DOCX

Case 3:23-cv-00132-SLG    Document 8    Filed 07/12/23    Page 1 of 2

DATED this 12th day of July, 2023.

                BIRCH HORTON BITTNER & CHEROT
                Attorneys for New Life Treatment Center

                By: /s/David Karl Gross
                      David Karl Gross, ABA #9611065

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of July, 2023, a true and correct copy of the foregoing was served on the following via the Court's CM/ECF electronic delivery system:

James E. Torgerson
Whitney Brown
c/o Stoel Rives LLP
510 L Street, Suite 500
Anchorage, AK 99501

BIRCH HORTON BITTNER & CHEROT

By: /s/ Nathan S. Wood
     Nathan S. Wood

MODA ASSURANCE CO. V. NEW LIFE TREATMENT CENTER    CASE NO. 3:23-CV-00132-SLG
CORPORATE DISCLOSURE STATEMENT    PAGE 2 OF 2
01359097.DOCX

Case 3:23-cv-00132-SLG   Document 8   Filed 07/12/23   Page 2 of 2