James E. Torgerson (Bar No. 8509120)
Whitney A. Brown (Bar No. 1906063)
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
jim.torgerson@stoel.com
whitney.brown@stoel.com

*Attorneys for Plaintiff Moda Assurance Co.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MODA ASSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> NEW LIFE TREATMENT CENTER, <br> Defendant. | Case No.: 3:23-cv-00132-SLG |

## AFFIDAVIT PROOF OF SERVICE

STATE OF ALASKA        )
                                         ) ss.
THIRD JUDICIAL DISTRICT    )

I, Sarah Dronenburg, being duly sworn upon oath, depose and say:

1. I am employed as a paralegal with Stoel Rives LLP.

2. This affidavit is filed in compliance with the requirements of Federal Rule of Civil Procedure 4(l).

3. On June 19, 2023, I caused a copy of the following documents to be served

*Moda Assurance Co. v. New Life*
Case No. 3:23-cv-00132-SLG        1

upon New Life Treatment Center via hand delivery by a process server:

        a.     Summons in a Civil Action;

        b.     Complaint and Jury Demand (Docket No. 1);

        c.     Civil Cover Sheet (Docket No. 2);

        d.     Rule 7.1 Corporate Disclosure Statement (Docket No. 3)

        e.     Unissued Summons (Docket No. 4).

4.     A copy of the process server's Affidavit of Service is attached hereto as Exhibit 1.

5.     All Defendants have now been served.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED: August 16, 2023

By: *Sarah Dronenburg*
Sarah Dronenburg
Paralegal

SUBSCRIBED AND SWORN TO before me on this 16th day of August, 2023 at Anchorage, Alaska.

Notary Public for the State of Alaska
My commission expires March 11, 2024

*Moda Assurance Co. v. New Life*
Case No. 3:23-cv-00132-SLG        2

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2023, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in this Case No. 3:23-cv-00132-SLG who are registered CM/ECF users, and who are listed below, will be served by the CM/ECF system:

David Karl Gross
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, AK 99501
dgross@bhb.com

/s/ James E. Torgerson
James E. Torgerson

*Moda Assurance Co. v. New Life*
Case No. 3:23-cv-00132-SLG            3