# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| **MODA ASSURANCE CO.** ) | | |
| ) | | |
| *Plaintiff* ) | | |
| ) | | |
| v. ) | Civil Action No. 3:23-cv-00132-SLG | |
| ) | | |
| **NEW LIFE TREATMENT CENTER** ) | | |
| ) | | |
| *Defendant* ) | | |

## AFFIDAVIT OF SERVICE

I, Matthew Leonardo, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on New Life Treatment Center in Placer County, CA on June 19, 2023 at 10:01 am at 3240 Professional Dr, Auburn, CA 95602 by leaving the following documents with Laura Linkey who as Receptionist at Taxcite is authorized by appointment or by law to receive service of process for New Life Treatment Center.

Summons
Complaint and Jury Demand
Civil Coversheet
Rule 7.1 Corporate Disclosure Statement
Unissued Summons

Additional Description:
Per Laura Linkey, Jordan Thatcher works remotely and she accepts service on her behalf.

White Female, est. age 65, glasses: N, Gray hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=38.9428710938,-121.1009132396
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Ex. 1, p. 1

Executed in   Solano County  , CA on 6/20/2023.

/s/ *Matthew Leonardo*
Signature
Matthew Leonardo
+1 (916) 459-5565

Ex. 1, p. 2

# Exhibit 1

Exhibit 1a)



Ex. 1, p. 3