# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| MODA ASSURANCE CO., <br><br> Plaintiff(s), <br> vs. <br> NEW LIFE TREATMENT CENTER, <br><br> Defendant(s). | Case No. 3:23-CV-00132-SLG <br><br> MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Matthew M. Lavin, hereby apply for permission to appear and
    (name)
participate as counsel for New Life Treatment Center, Defendant,
                          (Name of party)                (plaintiff/defendant)
in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States

District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT

ASSOCIATION of local counsel because [check whichever of the following boxes apply, if

any]:

☐ I am a registered participant in the CM/ECF System for the District of Alaska and consent

to service by electronic means through the court's CM/ECF System.

☐ I have concurrently herewith submitted an application to the Clerk of the Court for

registration as a participant in the CM/ECF System for the District of Alaska and consent

to service by electronic means through the court's CM/ECF System.

☐ For the reasons set forth in the attached memorandum.

**OR**

I hereby designate  David K. Gross  , a member of the Bar of this court,
<br>(Name)

who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: August 18, 2023

/s/Matthew M. Lavin
<br>(Signature)
<br>Matthew M. Lavin
<br>(Printed Name)

2100 Pennsylvania Ave., NW, Suite 350S
<br>(Address)

Washington, D.C. 20037
<br>(City/State/Zip)

(202) 677-4959
<br>(Telephone Number)

Matt.Lavin@agg.com
<br>(e-mail address)

## Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE: 08/18/2023

[Signature: David Karl Gross]
<br>(Signature)

David K. Gross
<br>(Printed Name)

510 L Street, Suite 700
<br>(Address)

Anchorage, Alaska 99501
<br>(City, State, Zip)

(907) 276-1550
<br>(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

## DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Matthew M. Lavin

Business Address: 2100 Pennsylvania Ave., NW, Suite 350S  Washington, D.C. 20037
(Mailing/Street) (City, State, ZIP)

Residence: 9416 Pamlico Lane  Great Falls, VA 22066
(Mailing/Street) (City, State, ZIP)

Business Telephone: (202) 677-4959  e-mail address: Matt.Lavin@agg.com

Other Names/Aliases: N/A

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| District of Columbia Court of Appeals | 430 E St NW, Washington, DC 20001 | 2017 |
| U.S. Court of Appeals for the District of Columbia Circuit | 333 Constitution Ave., NW Washington, DC 20001 | 2019 |
| U.S. Court of Appeals, Ninth Circuit | 95 7th Street, San Francisco, CA 94103 | 2020 |
| U.S. District Court for the District of Columbia | 333 Constitution Ave. NW, Washington, DC 20001 | 2019 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: 08/18/2023

/s/Matthew M. Lavin
(Signature of Applicant)