# Exhibit 1

Matthew M. Lavin (pro hac to be filed)
James Wiseman (pro hac to be filed)
Arnall Golden Gregory LLP
2100 Pennsylvania Avenue NW
Suite 350S
Washington, D.C. 20037
Telephone:   202.677.4030
Facsimile:   202.677.4031

David Karl Gross, ABA #9611065
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
Telephone:   907.276.1550
Facsimile:   907.276.3680

*Attorneys for Defendant New Life Treatment Center*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Moda Assurance Co.,<br><br>    Plaintiff,<br><br>vs.<br><br>New Life Treatment Center,<br><br>    Defendant. | Case No. 3:23-cv-00132-SLG |

**Exhibit 1:**
**Declaration of John Malek in Support of Dismissal under Rule 12(b)(2)**

My name is John Malek. I declare under penalty of perjury that the following is true and correct, based on my personal knowledge:

1. I am Chief Executive Officer of Defendant New Life Treatment Center, Inc. I have held this position since June 2016. I have been employed by New Life since June 2016.

2. I have reviewed the Complaint filed by Moda Assurance Co. in the above captioned matter.

3. New Life is a California company with its principal place of business in California.

4. Its principal address listed on its filing with the California Secretary of State is: 7 Narbonne, Newport Beach, CA 92660.

5. Its mailing address listed on its filing with the California Secretary of State is: 3240 Professional Drive, Auburn, CA 95602.

6. Its corporate address is: 1940 W Orangewood Ave, Suite 205, Orange, CA 92868.

7. New Life operates a treatment center consisting of four buildings. The addresses of those buildings are:

   a. 327 E Adams St, Santa Ana, CA 92707

   b. 331 E Adams St, Santa Ana, CA 92707

   c. 335 E Adams St, Santa Ana, CA 92707

   d. 1940 W Orangewood Ave, Suite 205, Orange, CA 92868

8. New Life does not have any other affiliated addresses or locations.

9. New Life conducts all of its operations in California.

10. New Life treats over 400 patients per year.

11. New Life does not have any offices, employees, facilities, equipment, or other ties outside of California.

12. Nor does New Life have any offices, employees, facilities, equipment, or other ties in Alaska. New Life is not registered to conduct business in Alaska.

13. No employee or agent of New Life has ever traveled to or visited Alaska related to New Life's business or operations.

Moda Assurance Co. v. New Life Treatment Center
Exhibit 1 to New Life's Motion to Dismiss (John Malek Declaration)
3:23-cv-00132-SLG
2 of 3

Case 3:23-cv-00132-SLG   Document 12-1   Filed 08/22/23   Page 3 of 4

14. As far as I am aware, no employee of New Life has been to Alaska for any reason.

15. New Life advertises its treatment services online nationally—through Facebook and Instagram. It does advertise more extensively in states that happen to be closer to California or otherwise lack treatment center options for residents.

16. New Life does not initiate contact with potential patients directly. Instead, patients may respond to New Life's advertisements by contacting New Life by text or phone call (or more rarely, through email).

17. New Life will communicate with patients who contact it seeking treatment, including patients who are residents of other states.

18. New Life does not target any particular state or residents of any particular state. Its communications with non-California residents arise from its conduct as a California treatment center only.

19. Prior to learning of the Complaint filed in the above-captioned manner, New Life was not aware of the Alaska statute referred to in the Complaint as the Alaska 80th percentile rule (Alaska Admin. Code tit. 3, § 26.110). Accordingly, New Life did not target Alaska-resident patients based on this statute.

I declare under penalty of perjury that the foregoing is true and correct.

DATED August 18, 8/18/2023.

By: /s/ John Malek